IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| YANKTON KITT KRAMER, <br> AIS 338040, <br>     Plaintiff, <br> v. <br> JASON SMOAK, *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO. 1:23-cv-54-ECM <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

On November 13, 2024, the Magistrate Judge entered a Recommendation (doc. 51) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 51) is ADOPTED;

2. The Plaintiff's motion for preliminary injunction (doc. 37) is DENIED as moot;

3. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 10th day of January, 2025.

                                      /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE